# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHANNON CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:08-cv-00811 |
| ) | |
| RON SMITH; ) | Senior Judge John T. Nixon |
| SMITH MANAGEMENT PARTNERS, LLC; ) | Magistrate Judge Juliet E. Griffin |
| PRECIOUS MOMENTS COMPANY, INC.; ) | |
| and PRECIOUS MOMENTS FAMILY OF ) | |
| COMPANIES, INC., ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER DISSOLVING AND VACATING THE TEMPORARY RESTRAINING ORDER ENTERED ON AUGUST 27, 2008

This case is before the Court on Defendants' emergency motions to dissolve [Docket Nos. 15 and 27] the Temporary Restraining Order entered on August 27, 2008 [Docket No. 10]. As evidenced by the signature of the parties' counsel, the parties agree and consent and the Court hereby ORDERS:

1. The Temporary Restraining Order entered on August 27, 2008 is hereby dissolved and vacated;

2. The $5,000 bond posted by Plaintiff shall be returned;

3. Plaintiff's Motion for Preliminary Injunction [Docket No. 5] is withdrawn and the hearing scheduled for September 11, 2008 at 11:00 a.m. is cancelled;

4. In accordance with the Local Rules, the parties will submit a proposed scheduling order within five days of the entry of this order setting this case for trial in ninety days or as soon thereafter as the Court's docket permits; and

5. Nothing in this order should be construed to waive, limit any rights, claims, remedies or defenses.

IT IS SO ORDERED.

DATED this 2nd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED FOR ENTRY BY:**

_____
John F. Triggs, Esq.
Ryan D. Levy, Esq.
Waddey & Patterson, P.C.
Roundabout Plaza
1600 Division Street, Suite 500
Nashville, TN 37203
*Attorney for Plaintiff Shannon Clemmons*

_____
Waverly D. Crenshaw, Jr.
W. Travis Parham
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Michael R. Levinson
Louis S. Chronowski
Justin K. Beyer
Seyfarth Shaw, LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
*Attorney for Defendants Precious Moments, Inc.*
*(incorrectly identified as Precious Moments Company, Inc.)*
*and Precious Moments Family of Companies, Inc.*

_____
Phillip B. Jones, Esq.
Christopher E. Hugan, Esq.
Evans, Jones & Reynolds, P.C.
SunTrust Plaza, Suite 710
401 Commerce Street
Nashville, TN 37219
*Attorney for Ron Smith and Smith Management Partners, LLC*